**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

No. 97-1868

_____

Valerie Townes,                          *
                                         *
        Appellant,                       *
                                         *
                                         Appeal from the United States
      v.                                 *
                                         District Court for the
                                         *
Eastern District of Missouri.
Platke & Berkowitz,                      *
                                         *
**[UNPUBLISHED]**
        Appellee.                        *

_____

                           Submitted:  October 1, 1997
                                  Filed: October 10,
1997

_____

Before WOLLMAN, LOKEN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

   Valerie Townes brought this employment discrimination action against Platke & Berkowitz.  The district court[1] dismissed her complaint on the ground that Platke & Berkowitz was not an "employer" for purposes of Title VII.  See 42 U.S.C. § 2000e(b).  Townes appeals.  After careful review of the record, we affirm for the reasons stated in the district court's order dated December 3, 1996.  See 8th Cir. R. 47B.

_____

   [1]The HONORABLE DONALD J. STOHR, United States District Judge for the Eastern District of Missouri.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.